**M. Nawaz RAJA; Neelum Nawaz Raja, Plaintiffs-Appellants,**

**v.**

**MERSCORP, INC.; Mortgage Electronic Registration System, Inc; Lender Processing Services, Inc., now known as Black Knight Infoserv, LLC; Docx LLC, Docx; LPS Default Solutions, Inc., now known as ServiceLink Default Solutions, LLC; Indy Mac Bank FSB, now known as One West Bank NA; Indy Mac Mortgage Services, A Division of One West Bank N.A; Indy Mac MBS Inc, Indy Mac ABS Inc, Deutsche Bank National Trust Company; Deutsche Bank AG; Deutsche Bank Securities, Inc.; Indy Mac Indx 2006-AR8; Surety Trustees, LLC; McCabe, Weisberg & Conway LLC; Laura H.G. O'sullivan, sued individually and in her individual capacity; Abby K. Moynihan, Sued individually and in her individual capacity; Bizhan Beiramee, sued individually and in his individual capacity; Ocwen Loan Servicing, LLC; John Does 1-50; CIT Bank, N.A., Defendants-Appellees.**

No. 16-1725

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Mohammad Nawaz Raja, Neelum Nawaz Raja, Appellants Pro Se. Andrew Brian Pittman, Troutman Sanders, LLP, Virginia Beach, Virginia; Fred O. Goldberg, Berger Singerman LLP, Miami, Florida; Michael William Tompkins, Fidelity National Law Group, Vienna, Virginia; Vernon Anthony Andrew Cassin, III, Baker Botts, LLP, Washington, D.C.; Jonathan Michael Stapor, McCabe Weisberg & Conway, LLC, Laurel, Maryland; Bizhan Beiramee, Beiramee Law Group, P.C., Bethesda, Maryland, for Appellees.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Nawaz Raja and Neelum Nawaz Raja appeal the district court's orders: (1) dismissing their civil action asserting state and federal claims in connection with a prior foreclosure; (2) denying their motion for reconsideration; and, (3) imposing nominal sanctions in the amount of $120. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Raja v. MERSCORP Inc., No. 1:14-cv-01663-LO-TCB (E.D. Va. May 11, 2016; May 26, 2016; June 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED